Same case below, 587 F.3d 654.

**No. 10-5692 (10A242). Teresa Wilson Lewis, Petitioner v. Barbara J. Wheeler, Warden.**

561 U.S. 1055, 131 S. Ct. 60, 177 L. Ed. 2d 1148, 2010 U.S. LEXIS 5735.

September 21, 2010. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Justice Ginsburg and Justice Soto-mayor would grant the application for stay of execution.

Same case below, 609 F.3d 291.